# IN THE SUPREME COURT OF THE STATE OF NEVADA

CURTIS LUNDY DOWNING,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN; AND
THE STATE OF NEVADA,
Respondents.

No. 72147

FILED

JUL 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from an order of the district court denying a petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Appellant's petition alleged that the Nevada Revised Statutes are unconstitutional. The district court denied the petition because relief from the judgment of conviction was improperly sought in an original action. We have reviewed the documents on file with this court and conclude that the district court did not abuse its discretion. *See* NRS 34.724(2)(a), (b). Appellant further challenged a vexatious litigant determination; however, this challenge should be made in an original petition for a writ of mandamus filed in this court. *See Jones v. Eighth*

---

[1]We conclude that a response to the pro se brief is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

17-23074

*Judicial Dist. Court*, 130 Nev., Adv. Op. 53, 330 P.3d 475 (2014). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Ronald J. Israel, District Judge
       Curtis Lundy Downing
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk